IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN J. TODD, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-2866 |
| | : | |
| U.S. BANK, NATIONAL ASSOCIATION et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 22nd day of July, 2015, upon consideration of the Motion for Preliminary Class Certification filed by Kathleen J. Todd ("Plaintiff"), (Dkt No. 2), and the Responses filed by MWC filed by U.S. Bank, National Association and McCabe, Weisberg, and Conway, P.C. (collectively "Defendants"), (Dkt Nos. 14, 13), it is hereby ORDERED that said Motion is DENIED WITHOUT PREJUDICE.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II     J.