IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN J. TODD, : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | NO. 15-2866 |
| : | |
| U.S. BANK, NATIONAL : | |
| ASSOCIATION et al., : | |
|     Defendants. : | |

## **ORDER**

AND NOW, this 11th day of January, 2016, upon consideration of Defendant U.S. Bank, National Association ("U.S. Bank")'s Motion to Dismiss, (Dkt No. 32), and Memorandum of Law in support thereof, (Dkt No. 32), Defendant McCabe, Weisberg & Conway, P.C. ("MWC")'s Motion to Dismiss, (Dkt No. 33), and Memorandum of Law in support thereof, (Dkt No. 33-1), Kathleen J. Todd ("Plaintiff")'s Response to both Motions, (Dkt No. 34), U.S. Bank's Reply Brief in support of its Motion to Dismiss, (Dkt No. 40), MWC's Reply Brief in support of its Motion to Dismiss, (Dkt No. 39), and Plaintiff's Sur-Reply in opposition to Defendants' Motions, (Dkt No. 41), it is hereby ORDERED that Defendants' Motions are GRANTED. Plaintiff's Complaint is DISMISSED. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II    J.